IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHLYNN K. RAMIREZ-VALLADARES,
a minor, by and through her Guardian Ad
Litem, IRMA VALLADARES,

    Plaintiff,

vs.

ORLAND FAMILY HEALTH CENTER;
ENLOE MEDICAL CENTER; ENLOE
CHILDREN'S HEALTH CENTER; SYED
REHMAN, M.D.; and JAMES B. WOOD, M.D.,

    Defendants.

No. CIV S-07-0056 DFL EFB

ORDER

Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

DATED: January 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE