IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYNN K. RAMIREZ-VALLADARES, a minor, by and through her Guardian Ad Litem IRMA VALLADARES,<br><br>               Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, ENLOE CHILDREN'S HEALTH CENTER, JAMES B. WOOD, M.D., AND DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 2:07-CV-00056 DFL-EFB<br><br>ORDER OF REMAND (TO BUTTE COUNTY SUPERIOR COURT) |

      The United States of America's *ex parte* motion to remand the above-captioned case to Butte County Superior Court from which it was removed by the United States on January 9, 2007, is hereby GRANTED. In accordance with 28 U.S.C. § 1447(c), the Clerk of the Court is directed to mail a certified copy of this order of remand to the clerk of the Butte County Superior Court; the State court may thereupon proceed with the case.

      IT IS SO ORDERED.

Dated: 1/15/2007

 

_____
DAVID F. LEVI
United States District Judge

[proposed] Order of Remand (to Butte County Superior Court)